# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MT. DERM GmbH and<br>NOUVEAU COSMETIQUE USA, Inc.,<br><br>      Plaintiffs,<br><br>vs.<br><br>CONNECT, Inc., d/b/a NPM USA,<br><br>      Defendant. | Case No. 2:14-cv-00533-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Notice of Settlement and Stipulation and Order to Stay Case (ECF No. 56), filed on October 24, 2016. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties' Notice of Settlement and Stipulation and Order to Stay Case (ECF No. 56) is **granted**. The parties are to file a status report regarding settlement no later than **November 18, 2016** if an order of dismissal has not been filed by the Court prior to that date.

DATED this 26th day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge